MARK WOLIN v. NATHAN KASTENBERG.—Application denied, with ten dollars

costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.